Christopher Somers #By.0903
(Name)
04-14-16ow V.S.P P.O. Box 92
(Address)
CHowchilla CA. 93610
(City, State, Zip)
BY#0903 —
(CDCR / Booking / BOP No.)



FILED

DEC 0 6 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

Christopher Somers ,
(Enter full name of plaintiff in this action.)

                         Plaintiff,

v.

LOCAL SAN Diego County Jail
I've Attached A (Summons),
For All Defendents, Person,
Dr. Veltmeyer #81, Dr Albert ABBOT #91/93
Nurse #91, Sgt J. Amado #4193,
(Enter full name of each defendant in this action.) The Rest of the
Persons, are on the Summon's   Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. **'24CV2304 JLS  BLM**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

See Section (81) Cal Goo, Code, 844.6(a) watson v California .

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, CHristoper Somers
(print Plaintiff's name)
"Currently Incarcerated", who presently resides at V.S.P. P.O. Box 92 CHowchilla CA 93610
(mailing address or place of confinement)
_____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at "Local San Diego County Jail.
Local Vista County Jail      on (dates) 4/16/24 4/17/24
(institution/place where violation occurred)   6/02/24, 6/05/24, and 6/05/24 6/3/24
                     (Count 1)   (Count 2)     (Count 3) 6/4/24 8/8/24
            5/27/24(28-29)                         6/9/24

§ 1983 SD Form
(Rev. 8/15)

Count #1

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant Dr. Veltmeyer Badge # 81 resides in San Diego County, CA.
(name)                                                              (County of residence)
and is employed as a DR San Diego County Jail. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: On 6/02/24 (8:00 AM) Along with Sgt A. Ben #5412 He said mis understanding Shiping You on to Vista Jail. Due to Defendants (Deliberate Indifferent / Negligent treatment under Section (14)(15). (1976-1994) Subject to "Irreparable Harm" Sec tion (5)(6)(7)(8)(9), Also under (ADA) Act 1973. "Strict Scrutiny" Section (3)(4)(5)(6)(7)(8), the Persons Acted "Deliberate Ind. Itereme" Denied Knowing my (R.O.I) were reviewed on 6/2/24, By NP noted Request Form 5/31/24, RN. Initials 8B7394

County 2    Defendant Dr. Albert ABBOT # 91/73 resides in San Diego County
(name)                                                              (County of residence)
and is employed as a DR, San Diego Down Town Jail. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: Under: ADA Act) & (Deliberate Indifferency)-Inproper-Inadequate: Serious medical- negligence, which caused me "Irreparable Harm. (Section)(5)(6)(7)(8)(9) (Section)(14)(15), means the Official Persons, disregard an (excessive/serious risk to my health or safety). I C4-Non ADA Cell with wheelchair 8D. Pod made me sleep on the Floor with no matress for todays. I was En (non ADA Pun about twenty (Nurse 8Y6535 6/20/24 - Also Attempted to take my medical Appliance.) ARMStrong Remedial Plan, Also 6/18/24 ndrology Pending 3/27/24 Cancelled For no Reason Health care Request.

County 3    Defendant Nurse Badge # 911 (8:44 AM) resides in San Diego County, CA.
(name)                                                              (County of residence)
and is employed as a Nurse San Diego County Jail. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: On 6/22/24 refused serious medical treatment, Due to her (Deliberate Indifferen) Inprope/Inadequate medical negligence. which Violates my (Eighth Amendments). & us — Constitutional Rights, Both Caused a particular amount OF Harm and acted with a particular state of Mind. Official acted In disregard to my Serious risk to
Count #4    my Health.

Defendant J. Amado # 4193 Sgt resides in San Diego County
(name)                                                              (County of residence)
and is employed as a San Diego SHeriFF Department. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: On 3-27-24 · 4-24-24 · 5-1-24 · 6-1-24 · 6-4-24 ~ Due to Defendents Deliberal Indifferen Inproper · Inadequate - Negligence do to my Serious medical needs. thee Following Acted with — wrongFul negligence or Omissions Caused injuries under Armstrong Vs DAVIS Remedial Act, & Colman-Newsom ADA ACT. Etc. I am asking "Punitive Damages" - Civil rights Law & Personal Injury. In the Amount OF Punitive Damages at (52,000,000) or more due to my Lawyers (Contingency Fee) OF Settlement. "Injunction Relief" under Smith V Wade (1983) 461 U.S. 30, 35-36-56 (103 S. CT. 1625; 75 L.Ed. 2d 632 (Morgan V Woessner) 9th Cir-- 1993) 997 F. 2d 1244, 1255 (Dang V. Cross) 9th Cir. 2005. 422 F. 3d 800. 806; 810. (Declaratory Judgement) "Prospective Relief" "Causation" (Rizzo V. Goode) 1976 42. U.S. 362. 373, See Sections (38) – (42) Starr v. Baca) 4th Cir. 2011) 652 F. 3d 1202, 1216; 1217, Hydrick V. Hunter. (Local Public entities) "persons." (See Sections; 50- 56) (Will V mich Dep't oF State —2 Police (1989) 491 U.S. 58. 66. 71

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Under Armstrong V DAvis Act, Armstrong Remiedial Act, Coleman V. Newsom. (ADA) Injunction Relief (E.g., right to medical care, access to courts(1) See 42 USC §1983(Q) Cal. Government Code 844.6 (d) See Prison Litigation Reform Act of (1995) PLRA 42 1997e(A)(Albino Vs Baca) 9H(5)(6)(7)(8)(9)(10)(11)(12)(13)(14)(15)(16)(17)(18)(19)(20)(21)(22)(23)(-)
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On 6/02/24 (Doctor Veltmeyer) came to See me at (8:00 Am) to discuss what Happened to me. His Badge # 81 Doctors Veltmeyer. Also Attending the meeting (Srgt A. Ben-Badge #5412 they Both me it was A misunderstanding they Had no Idea how I was moved or who okey it (Deliberate Indifference)(14) Estelle V (Gamsk 1976)(Hoptowit V. Ray) 9th Cir (1982 682 (Jett V. Penner 9th Cir 2006) 439 F. 3d. 1091, 1096; Colwell v Bannister (9th Cir 2014) 763 F.3d 1060, 1066. Farmer V Brennan 1994 (15 See (25) 42. U.S.C §12131 et seq (ADA)  29 USC 1794 (Rehabilitation Act) PA. Dept of Corrections V YesKey 1988) 524 U.S. 206, 213 118 S. CT 1952; 141 L.Ed 215. See (26) Wolff V. McDonnell (1974) 418 US 539, 563, -566, Superintendent V. Hill 1985) 472 US. 445, 454 (105 S. CT 276; 86 L.Ed. 2d 356) Zimmerlee V Keeney - 9th Cir 1987. (See 27. Sandin V. Conner 1995) 515 U.S. 472, 483-484) 115 S.CT, 2293; 132 L. Ed. 2d. 418). As we began the meeting about Cancelations of Nuerologist & physical therapy First Cancelation 3/27/2024 My Records on 1/23/2024 I Also (I.R.O) my records 3/28/2024 they mentioned never Sent my record with A Request Form From Signed on 5/31/2024 that they recieved my (R.D.I) records on 6/8/2024 By Nurse (Np # Badge 8B7394 Date Completed 6/6/24 time Completed (2013 Hrs). Due to Dr Veltmeyer meeting he as me to get my siste (Domingo Somers) to drop off my medical Records. this went on For months saying they never recieved my medical Records, Due to (deliberate Indifference) to which stoped them From treating me and Suffering From Pain and Suffering. Being Incarcerated In Downtown SanDiego Jail. Due to the Following I was And Still Fear For my Life Due to (Irreperable Harm) Albino V. Baca) 9th Cir 2014) (5)(6) (Rodriguee V County of Los Angeles 9th Cir 2018) 891 F3d 776. 792. See (7)(8)(9)(10), (See — (17) (18) Rhodes V. CHapman (1981) 452 U.S 337, 345-347. (See Wilson V. Seiter (1991) (19) (20) (like Coleman V Wilson) Now (Coleman V. Newsom) (1995). (Gray Vs Riverside County Jails) Reform Act.

Count 2: The following civil right has been violated: "GRAY Vs County of Riverside"

(E.g., right to medical care, access to courts,

San Diego County Jails, Need to Improve Medical, Mental Health Care : And to

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

make the County offer accessible Living Space to people with physical

disabilities (ADA) Reform Act, ADA-Accomidation Act.

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Due to the medical Records on File, I'm (ADA) mobility & Hearing Impaired, I was sleeping on the Floor In the Holding tank, No Showers, No Beds No Sink, No toilet, No medical Attention or Anyone of authority to "Sumon" medical Negligence. Therefor, Under Armstong Remedial Act (Armstrong V Davis Act) ADA ACComidation. (Prospective Relief) to court order Persons, Defendents, to Addmit what Happen. Corporal Punishment which Caused Severe trama. All while persons / Defendents are Useing thier Titles & uniformes, Also I Am a 1st wittness to An Inmate's Death in Sandiego County Jail. I was infear of my life thinking I was going to die. thier For under title (15) (Section 3270.2 (A)(B) Section 3270.3 Body Worn Cameras. (A)(B)(C), See Section (GRAY V. County of Riverside), to Improve medical and mental health Care in the Jails and to make the County offer accessible Living Space to people with physical disabilities, thier For as An Inmate, Citizen, Of America, We Ask that the Justic System protects our Constitutional Civil Rights and the persons, within the Justic System. to Protect and Serve the Law. Under Title (15) Codes & Regulations; See Section; 3486.2 (4)(C) Investigating Report Review, Also Regulations Title (15) pg 310. 3486 (19) (Office of Internal Affairs) Sec; 3486 (A)(1)(C)(2) (1824) See; 3482 (A)(1) 3482 (A)(2) (L.D.I) (1)(2)(3)(4)(5)(6)(7) Title (15) Code Rules Regulations (3268.1) Reporting (Use of Force) Section (3268.3. 3382.).      I ASK tHat the Office of the Attorney General Public Inquiry Unit P.O. Box Sacramento, CA 94244-2550.     Review & Investigate Local San Diego County Jail's, Poor Living Conditions, that No else should have to Suffer, As Inmates, Citizens, Elderly, Gender Etc under All (ADA) Race, color, Reform Acts & Accomidit-

Count 3: The following civil right has been violated: CONSPIRACY TO VIOLATE

8th/14th Amendment Rights, Due Process/Cruel Unusual Punishment (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

GROUND FOUR,
42 USC 1986

SHERIFF / HEAD DOCTOR IN CHARGE
WERE AWARE OF THE ACTS AND OMISSION OF DEFENDENTS
(NAMES) AS STATED IN GRIEVANCES BY PLAINTIFF - HAD THE
POWER AND AUTHORITY TO STOP THE CONSPIRACY AND
said acts and Omissions, And DESPITE SUCH Knowledge
deliberately Failed to stop the conspiracy and acts
in Furtherance, thereby exhibited deliberate Indifference
to the Constitutional Violations of Plaintiff's rights,
in VIOLATION of 42 USC 1986. Als Under
(GRAY V. Riverside County Jails)
As Inmates, Citizens Race, Gender, Ethnic Color Etc
Disable, Elderly. Should Be protected within Our
Justice System In San Diego Counties jails.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____ N/A _____

Defendants: _____ N/A _____

(b)  Name of the court and docket number: _____
_____ N/A _____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____.

(d)  Issues raised: _____ N/A _____

_____

_____

_____

(e)  Approximate date case was filed: _____ N/A _____.

(f)  Approximate date of disposition: _____ N/A _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

_____ County Jail Grievence Process — Relief Denied
See Attached Grievances / Remostrance
I'm Sending You All my Proof of Records, Remostrance
Due to the Following Rights as a Citizen of the
United States of America.
_____ (ADA) Accomidations Act
_____ Coleman V. Newsom Remixedial plan.

_____.

**E.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

     1. An injunction preventing defendant(s):

_Injuction Relief_

_____

_____

_____

     2. Damages in the sum of $ _unlimited_ .

     3. Punitive damages in the sum of $ 52,000,000 .

     4. Other: _Contingency Fee For Attorney After Settlment For the Has Of Attorney Fees._

**F.  Demand for Jury Trial**

    Plaintiff demands a trial by ☒ Jury ☐ Court.  (Choose one.)

X 11/25/24
Date

X _[signature]_
Signature of Plaintiff

SanJay S. Schmidt #247475
1388 Sutter ST. Ste 810
San Francisco  CA. 94109



