*Defendant's*

*2,*

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** LOCAL San Diego County Jail.
*(AVISO AL DEMANDADO):* 1173 Front ST.
San Diego CA 92101

**YOU ARE BEING SUED BY PLAINTIFF:** Christopher Sommer # BY-0903
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* D4-14-3L
P.O. Box 92
Cto. wcat: 11a CA. 93610

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER:<br>*(Número del Caso):* |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

| DATE:<br>*(Fecha)* | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

| [SEAL] | **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*

    under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
           [ ] other *(specify):*

4. [ ] by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]   [ Save this form ]   [ Clear this form ]

Facts

BR. MOBER,    LOCATO Under Arjis #
(NAMES DATE Time Badge# ALL Defendents)

SAN DIEGO County, County JAIL.
Dr Velt MEYer #81
Dr ALBERt ABBot #91 & 73        (ADA) Act 1973)
                                Title (15) 3392.
                                (A)(b)

1/2
3/28

SAN DIEGO UCSD
Dr Allien Spin Surgery Orthopaedic
Dr OLeary hips Surgery Orthopaedic

SAN DIEGO FAMILEY HEAlth
Dr PAtrick Fink  Primarey
Dr martin Allen Nueroligist

                                6/10/24
SAN DIEGO County JAIL   Time 21:47
NURSE  BADGE # 9911 | NURSE Arjis / TIME
NURSE  BADGE # 6484    # 8B7394    TIME
NURSE  BADGE # 8B7394   6/10/2024   20:13
NURSE  BADGE # SB7344  7/10/2024   21:00
NURSE  BADGE # 8Y6535  6/20/2024  TIME
NURSE  YUNNA   7/10/24  BAdge # 21:47
NURSE  BADGE # 8B7394  6/10/2024  21:41
NURSE  YUNNA  6/11/2024  07:29
NURSE  YUNNA  6/11/2024  00:39
NURSE  YUNNA  6/11/2024  00:11
NURSE  YUNNA  6/22/2024  0350
NURSE  JUNNA  6/22/24  BAGE # 6484 03:50

NURSE 9463351    6/20/202____ . . . ME

NURSE 8B7394    6/10/2024    (20:13)

NURSE JUNNA    6/22/24 BADge#6484 (09:11

Summons ALL

SAN DIEGO County JAIL

Dep J Fisher # 8845
Dep Sommer
Dep HenBer
Dep MasEE
Dep BASTian
Dep C Jameson
Dep Bullock
Dep Neher
Dep MJ Klays
Dep T Green
Dep MANN
Dep A ZAMora
Dep RAZAMARIP
Dep T Murphew
Dep Buhils
Dep A. ZAMaripA
Dep T. Murphew
Dep A. BEN          6/26/24  5:00 pm  # 5412

Summons ALL
DeFendent S,
Under (1) 42 U.S.C §1983
(2) Sce Cal Gov Code §844.6(d)
(1)(2)(3)(4)(5)(6) Parratt v Taylor 198
Daniels V. Williams (986) Leer V. Murphy
1988. Estelle v. Gumble (Hoptow. tr. Ban
(Jett V. Penner) 9th cir 2006, (ledwell v Ban
nister 2014, (Farmer V Brennan 1994)
Hamby V. Hammond 9th cir 2016).
(quoting. Toguchi V. CHung 9th cir 2004)

SAN DIEGO COUNTY JAIL
SERGEANT Arjis # 8B7394
SERGEANT A BEN #5412   8:00 AM   TIME
SERGEANT J AMADO #4193 06/05/24  08:02
SERGEANT J AMADO #4163 06/04/24  08:02
SERGEANT M BAStion
SERGEANT CAVALO #3853 6/22/24 69:11

SAN DIEGO COUNTY JAIL
DA Fred SMITH 619 5314261
330 W Broadway unit 1300 SD CA 92101

SAN DIEGO COUNTY JAIL
"JUDGE" SHAMOON  3/27/2024 to 6/29/2024

SAN DIEGO COUNTY

Chief probation officer
TAMIKA NELSON

3₀

Chris Somers
Vs
"Local San Diego County Jail"

pg.1

I (Chris Somers) is Filling this (Under the — Federal) American with Disabilities Act (ADA) (Prison Litigation Reform Act) along with (STATE — Tort Law Suit, Due to the (San Diego County Jail — (STAFF — Persons — Defendents) in A whole Acted with a particular STATE of mind, which Caused a particular amount of Harm. Just For the record many of the Standards apply with the Eighth Amendment of the (U.S — Constitution. Due to me Filling my (Remostance/Grievance) I Felt my Life was in (Danger; Fear For my life Due to Subject to (Irreparable Harm) cause me Filling would be Futile, (In-Order For a Fear — of retaliation. Thier For Im Asking (the Court to please (excuse) the PLRA'S Exhausting — Requirments. (See) Albino Vs Baca (9th Cir 2014). (See) Andres V.s Marshall (9th Cir 2017) (See) (Rodriquez V. County of Los Angeles (9th Cir 2018) (See) Quoting — McBride V.s Lopez (9th Cir 2015) (1947). e (A) Talamantes V.s Leyva (9th Cir 2009). (San Diego County Jail is Currently the Focus of a "Civil Rights — Investigation, Due to plagued of Law Suit, of (mis-managment) (Poor working Conditions & Living — Conditions also (Poorly trained STAFF). I am Asking the (Attorney General) to Investigate OR County Jail and to put policies in place to ensure (Investigations) of Jail; Mis (Conduct - Use of Force — Medical & — mental Health, Improper/Inaddaquate/Negligence,

Chris Somers
vs
Local San Diego CA County Jail,

Pg. 2

thier For we Ask that (Californias Attorney-general and Civil grand Juries & group of - Citizens Sworn In by A Judge who — Investigate Public agencies Inner Workings, there For (All Defendents Employees STAFF) Official Failed (the Health care) due to Jail employees or Any Jail policy or — procedure that negatively affected me and my medical Condition. In Count (1)(2)(3)(4) Prescribing or administrating a mental Health treatment / County employee Failed to take (reasonable Action) to (Summon medical care For us Inmates Due to medical Condition — was Serious. (San Diego County Jail) - Official - StaFF - Persons - Defendents; Caused me to suffer - (bodily Injuries - psycholigical distress and other Harm. thier For (Under both Federal and State law) Claim & Federal Civil rights (Section 1983). Due to (Use of Force) Deliberate Indifference — Coordinated scheem's). Due to (Inadequate - Improper) & Serious negligence. Im Filling — (Under State tort LawSuit & Injunctive Relief) Im Asking For (Immediate action) I Have Filed All my (Remostance / Grievance) & 602 I Also Have (Names - Dates - Time - Badge # S) oF all Involved; I AM going to Attach all (grievences / Remostrance) that I've Filed and thier

Response to All my Injuries, Negligence From; Cpt, Cpl, LT, Sgt, Deputies, StaFF. E+C. Time Dates. Including allowing me to sleep on the "Concreat Floor" For 2 days if you observe the "Jail Cameras" you'll Be able to have all the eveidence to thee above Complainte against the County of San Diego Justic System. County Jail, Sheriff Department, Cordinate Scheems Deliberate Indifferences, Improper/Inaddaquate/Negligent medical to my Seriouse Injuries. StaFF Defendents did not Act to Summons the medical staFF Incharge to Comply to policeys/procedures. All while being In Carcerated!

Under Title (15) 3482 ~ 3483, (3486) pg. 309 title (15)(12)(13)(8)(9)(10) — 3417, Citizen Complaints against each Person Defendents. (A)(B)(C)(X)(3) See; Section (3392.10.)    Thank You    (A)(B)(C)(D)(E) Gov. Code; (19994.1) Authority Cited) 5058 — Sincerly    5058.3. ReF. Sec. 5054 (PCS) 19994. (Armstrong et. al V. Newsom et al) Chris Seaman    U.S.D.C - oF. N.D. oF. California "C.C"# 94 c. 02307-LW (Madrid v. Woodford Department of oF Corrections Post Powes Investigations & Employees Discipline: Case No: C90-3094 T.E.17 & Madrid v Woodford, Order Case No. C90-3094 T.E.17 Class Action

Due to (San Diego) County Jail, Official, STAFF, Defendents
Caused me to suffer bodily Injuries. psychological distress,
or other harm. thier For (under both Federal and State
Law) Claim "Federal civil rights $ Section 1983"
Due to (Use of Force) (Deliberate Indifference, Coordinate
Scheems) (Corporal Punishment) which Caused (Severe tramm
Due to (Inadaquate Inproper) and (Serious negligency
thier For because of the Following I Am Filling
Under (State Tort lawsuit $ Injunctive relief).

I Am Asking For (Immediate action). I Have Filed
All my (Grievance or Remostrance) And (602) I Also
Have all the (Copies of all evidance) to present
the Courts Including law Firm Attorneys...
thier For Under "Contingeny Fee" - "Civil rights Law -
"personal Injury". I will try to be as clear as
possible about what happend, Including when it
Happened, who did it, And what else you have done
to try to Fix the problem. ~~you~~ have Supportin'
documents, that I can Attach. "I will Explain what I Asic
the Jail Staff to Fix the problem. most Inportant (Names —
Dates of Incidents), "Exhausting my administive -
Remedies". yes I Have proof that the grievance pro
at the Jail is "effectively Unavailable"; For example you Ca
Show that you had a reason to Fear retaliation For Reportin
the Incident.

there For Im Filling this (Under the Prison Litigation Reform Act)
For the (state tort lawsuits), you might be able to argue the the
grievance process was unaviable (9) or that you would be
subject to (Irreparable Harm) if you Filed and Exhausted a grievance

10. In Very narrow circumstances, You might able be able to
argue that Filing a grievance would be futile.

(In order For a Fear oF retaliation to excuse the P(RA's exhaustin
Requirements, the prisoner must show that. See (Albino Vs Baca);
(9th Cir 2014). Andres V. Marshall (9th Cir 2017) Rodriguez V. County of
Los Angeles (9th Cir 2018) (Quoting McBride V. Lopez (9th Cir 2015)

1997. e (A) Talamantes V. Leyva (9th Cir 2009)

In many types of Issues, You will Have to Show
that (Jail StAFF) both caused a particular amount of Harm!
and acted with a particular State of mind.
Many oF the standards that will apply to your lawsuit
Come From the (Eigth Amendment of the US Constitution.

that amendment protects against "Cruel and Unusual
punishment.

(Inadequate or Improper medical, dental, mental Health
Care. Violates the Eighth Amendments." "IF"
Jail officials acted with "(deliberate Indifference (14)
means the official must Know of and disregard an
excessive / Serious risk to your Health or Saftey.
(15) negligent treatment "prospective Relief"
"money damages" (under Section:) Carey V.Pipus (1978) -
Smith Vs Wade (1983) Compensatory damages (Section #(33)(34)
(35)(36)(37) "prospective Relief" - Injunction, "Declaratory
Judgment, "Under Color of State Law" (Section (40)(41)(42)

`` San Diego County Jail ``

7

I AM Asking that the Following (Persons, Defendants, Employees) StAFF (Chief Executive in Command) and Cpt, Cpl, Lt, Sgt, Deputies, StAFF oF the entire Local San Diego County Bc (Sommons) Sec (68) 1983 Witkin's Summary of California law) (69)(70) (71)(72) (73) Hayes V. County of San diego (2013) 57 Cal 4th (74)(75)(76)(77)(78)(79) (Please Note) I AM (#1) wittness in wrongFul Death (Sec)(68) medical malpractice/malicious prosecution, negligence, intentional, infliction, of emotional distress (the Following Jail officials with particular State of mind (Sec (69) Tom Bane) Civil Rights ACT, (1)(2)(69)(70) (71)(72)(73)(74)(75)(76)(77)(78)(79) (80)(81) Cal. Gov. Code. 844.6(A) Cal Gov Code 844.(A) § 845.6  Watson V California (1993) 21 Cal App 4.836, 841) 2c (Sec) 86 Cal Gov Code § 344.6 (A) § 814. (Sec) Cal Gov § 911.2 § 901 Also Under (Injunction Relief) Sec (Allen V McCurry (1980) 449 US, 90, 102, 103 (see Hanis Vs Jacobs 9th Cir.) 1480 621 F2d 341, 343, 344, (See) — Gonzales V California Department of Correction 9th Cir 2014) — (Skinner V Switzer) 2011) 562 US 521 533, 534 (Cooper V Ramos — 9th Cir 2012) Monell V Dep of Soc, Servs 1928 (50)(51) § 2 (53)(54) (55) All whome ARE Summon's (Individuals) Defendants — (See) 57 Wilson V Garcia, 1985) 471 US. 261, 266, 265, (Vaughn V Grisham) 9th Cir 1991) 927 F. 2nd 476, 478. See (61) Brown V Valoff 9th Cir 2005) 422 F. 3d 926, 942-943. (62) Marsh V San Diego County S.D. Cal 2006 432. F Supp. 2d 1035, 1055, 1056 (63) Cal Code of Civil Procedure § 352 (City of — (Huntington Park Vs. Superior Court (1985) Jones V Blanas 9th Cir.) thier For Im Filling against All (persons, Individuals capacities — Official Capacities (see) (43) Monell V Dept of Soc, Serv of City of New York 1978) Sec (44) Sec (45) Sec (46)(47)(48)(49) (Local entity) (All Official, StAFF, Employees, Deputies) EFL.

Under title (15) ~~3392.5~~ (3392.5) (10)(1)(12)(13)(14)(15) Employee Disciplinary Matrix (2)(3)(4)(5)(6)(7)(8) Also under Title (15)(3391)(3392)(A)(1)(2)(3(4) ~~(5)(6)~~ (Section) 3486.2 (AIU) Title (15) 3382 Incident Reports. Also Under Title (15) 3380. Chief Executive officer (CEO) of ~~8~~ LOCAL San Diego County Jail / VISTA County Jail E. AL. Also Under Title (15) Sec. (3268.1)(A)(1) IRT SYSTEM Departments electronic Database which Contians the Same Information (CDCR) Form 837-A (Rev 10/15)(CDCR) Form 837-B1, 837-B2, 837-B3, (CDCR) 837-C-Part C - STAFF Report (CDCR Form 837-C1, 837-C2.(3268.1)(2) CDCR-3010 (2)(A)(B)(3) (C)(d) (See. Section Title (15)(3392.7)

Setting the effective Date of the Action (A)(B).

Also Under title (15) Section 3999.101 (A)(B) Note, Section 5058 (P.C.) 5054 (P.C)(Plata V. Newsom (No. C01-1351 JST) U.S. District Court, Northern Dis Court of California.

(Statewide Health Care Governance) 3999.100.
. Governance.

Also on MAY 24, 2024 I Slept on the Floor In San Diego County Jail. that along with being a #1 Witness to A Inmate Death Under title (15) pg 363, 361, 362 Sec. 3999.101 (A)(B), (3999.108) (A)(B) (1)(2)(3)(4), (3999.109)(A) (3999.110)(A)(1)(2)(3)(4)(B) (3999.111)(A)(B)(1)(2)(3)(4)(5)(6)(7)(C), (3999.112)(A)(B)(C)) (3999.113 (A)(B), (3999.114. Death— Reporting and Review (A)(B), 3999.115 (A)(B)(C)(D), (3999.116) (A)(B)(1)(2)(3)(4)(5), (3999.125 — 3999.226. - 3999.227 Preperation and Submittal a Heath Care Grievance.

"Exhausting my Remedies"
At the Highest Level For Review
"Chief Medical Executive"

Dep Jason    Dep Fisher    Dep Masee
Seg Bastion Dep Green Dep Murpheu 9

MAN Die 2D  6/26/24  Notes

On 6/26/2024, I kept on thinking to myself as to why I helping the man who passed Away in San Diego Downtown Hd. Why I was helping him?

I knew he had no one that would come to his aid, So I felt for him I felt he would be unsafe, I also felt he would be Abandonen As to their Immediate medical Response due to me Calling the nurses & deputies for medical Aid of this man who passed Away, there was No one.

I Also tried to get this man so Blankets & Clothing.

This is Something I would like todo for me. I really felt bad for the man because I knew I could not do enough to help him and they were not going to do enough to help him. And I knew he was going to die. After this man passed Away, I begun to have nite mares waking up Clostrophobia.

Chris Somers

Exhausting M'l Remidies
Remidies

— felt unSAFE

No Immediate Med. or the Response

Post Traumatic Stress

I felt Abondoned

I felt Hopelness & Discourage

WHEN I WAS REQUEST any medical/AID
I was Refused I asked for a Neurologys
the hole time I was there. Got a Email say
yes I would see one then it was Refused
Do to they Dont have my RGI Records
But all you have to do is look at
the two copys of the San Diego
County Sheriffs Dep Health Care
Request forms and look at
Notes

10

count 1
Dr Veltmeyer

To Attorney of Law

My name is Chris Summers, I'm looking for legal representation. I've been through alot. Alot of A.D.A laws were broken, I also helped a lawyer try to make the conditions better in the county jail, but he can't represent me. So I am looking for someone to help me. I have alot of evidence that I can't put in to fit into this envelope. I would like someone to call me, or to come and see me about my case.

Sincerely,
Christopher Somers
Chris Somers

I would like to Summon all (local San Diego County Jail E. ALL Official Capacity, Entity, declaratory Judgment, Prospective Relief. Under Color of state law (U.S.C) 1433 sec. (40)(41)(42)(43)(44)(45)(46)(47)(48)(49)(50)(51)(52)(53)(54)(55)(56) sec. Section;(57)(53)(59)(60)(61)(62)(63)(64)(65) (Wilson V Sincin) Monell V Dep So Serv, Under California (ADA) Act, Armstrong Remedial (Act) (Armstrong V Davis) (Coleman Vs Newsom) Act.

Count # 1

GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone: (510) 806-7366
Facsimile: (510) 694-6314
ajf@aaronfischerlaw.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF CHRISTOPHER SOMERS**<br><br>Judge: Hon. Anthony J. Battaglia<br>Magistrate:Hon. David D. Leshner<br><br>Trial Date: None Set |

Count # 1

I, Christopher Somers, declare:

1.    I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2.    I am currently incarcerated at Central Jail. My booking number is 24712677. I am housed in Module 8D. I am 50 years old.

3.    I have a mobility disability and use a wheelchair. I have been incarcerated in the San Diego County Jail system on more than one occasion.

4.    On May 24, 2024, while housed in Module 8D, I signed a declaration regarding my experience sleeping on the floor of Module 8D in April 2024. I understand that several other people in Module 8D signed declarations on or about May 30, 2024 regarding floor sleeping.

5.    On May 28, 2024, I was transferred to Vista Detention Facility even though I use a wheelchair and it is not a wheelchair accessible facility. I did not have access to a shower that I could use for the first two days that I was at Vista because the only shower in the housing unit in which I was placed did not have grab bars. I also could not get my wheelchair into my cell.

6.    I understand that on May 28, 2024, Plaintiffs' counsel notified Defendants' counsel that Vista was not ADA accessible and that my wheelchair would not fit into my cell at Vista.

7.    On May 30, 2024, I was transferred back to Central Jail and again assigned to Module 8D.

8.    On June 4, 2024, jail staff searched Module 8D. This search included strip searching everyone housed in the module, including incarcerated people that use wheelchairs.

9.    During the search, staff took numerous items that were not contraband. Staff took food, soap, and shampoo that I had purchased from commissary. They also took some of my documents including legal papers related to prior grievances I have filed in the jail. When I complained that they were improperly taking my

Count #1

1  personal items, staff told me that I should file grievances about those items, which I

2  did.  Unfortunately, my personal items and legal papers have not been returned to

3  me.  I am worried those items will be destroyed rather than returned to me.

4       10.   One of the incarcerated people in my housing unit asked why staff were

5  searching our unit and taking our property.  A deputy responded by saying

6  something along the lines of "somebody is talking."

7      I declare under penalty of perjury under the laws of the State of California

8  that the foregoing is true and correct to the best of my knowledge, and that this

9  declaration is executed at San Diego, California this 12 day of June, 2024.

Christopher Somers

Count #2

GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone:  (510) 806-7366
Facsimile:   (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:  (858) 677-1400
Facsimile:   (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL DUNSMORE, ANDREE
ANDRADE, ERNEST ARCHULETA,
JAMES CLARK, ANTHONY EDWARDS,
REANNA LEVY, JOSUE LOPEZ,
CHRISTOPHER NORWOOD, JESSE
OLIVARES, GUSTAVO SEPULVEDA,
MICHAEL TAYLOR, and LAURA
ZOERNER, on behalf of themselves and all
others similarly situated,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S
DEPARTMENT, COUNTY OF SAN
DIEGO, SAN DIEGO COUNTY
PROBATION DEPARTMENT, and DOES
1 to 20, inclusive,

Defendants.

Case No. 3:20-cv-00406-AJB-DDL

**DECLARATION OF
CHRISTOPHER SOMERS**

Judge:        Hon. Anthony J. Battaglia
Magistrate: Hon. David D. Leshner

[4511378.1]

1

Case No. 3:20-cv-00406-AJB-DDL

DECLARATION OF CHRISTOPHER SOMERS

*Count #2*

I, Christopher Somers, declare:

1.    I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2.    I am currently incarcerated at Central Jail.  My booking number is 24712677.  I am housed in Module 8D.  I am 50 years old.

3.    I have a mobility disability and use a wheelchair.  I have been incarcerated in the San Diego County Jail system on more than one occasion.

4.    During my recent incarceration, I was placed in an inaccessible cell where my wheelchair does not fit.  For the first three weeks of my incarceration, I was in Module 4C, Cell 207, with two other men; all of us were expected to sleep in a triple bunk.  To enter the cell, I had to fold my wheelchair, push it into the unit, and reopen it, all while having a mobility disability.  The cell was too crowded for three people and we had to essentially crawl over one another.  Furthermore, as a wheelchair user, the shower in the housing unit was not safe for me to use.  I had to endure this housing situation for approximately three weeks.

5.    Eventually, I was moved to the eighth floor.  I was made to wait in a holding area on 8 for approximately four hours.  When I was finally moved to Module 8D, I did not receive a bed.  Instead, the incarcerated people in the unit were arguing over the lower tier beds.  That night I slept on a mattress on the floor.  There were two other men on mattresses on the floor with me that night.  This occurred around April 28 or 29, 2024.  About a week later I am informed and believe that another incarcerated man slept on the floor on the upper tier of 8D.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at San Diego, California this ___ day of May, 2024.

Christopher Somers

2
Case No. 3:20-cv-00406-AJB-DDL
DECLARATION OF CHRISTOPHER SOMERS

STATE OF CALIFORNIA
**GOVERNMENT CLAIM**
DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

---

**CLAIMANT INFORMATION**

LAST NAME: Somers
FIRST NAME: Christopher
MIDDLE INITIAL: G

INMATE OR PATIENT IDENTIFICATION NUMBER (if applicable): BYC903
BUSINESS NAME (if applicable):

TELEPHONE NUMBER: 619 665 7429
EMAIL ADDRESS: 5Chris1974@icloud.co

MAILING ADDRESS: 2055 DiamonD unit F
CITY: SD
STATE: CA
ZIP: 92102

IS THE CLAIMANT UNDER 18 YEARS OF AGE? ☑ Yes ☐ No
INSURED NAME (Insurance Company Subrogation): SAN DIEDGO County JAI

IS THIS AN AMENDMENT TO A PREVIOUSLY EXISTING CLAIM? ☐ Yes ☑ No
EXISTING CLAIM NUMBER (if applicable):
EXISTING CLAIMANT NAME (if applicable):

---

**ATTORNEY OR REPRESENTATIVE INFORMATION**

LAST NAME: (LawFirm; Rosen Bien/GALVAN & Grunfeld LLP
FIRST NAME: Attilion Ben
MIDDLE INITIAL:

TELEPHONE NUMBER: T. 415-433-6830
EMAIL ADDRESS: www.rbgg.com    Date Jan 13, 2024

MAILING ADDRESS: P.O. Box 340
CITY: San Francisco
STATE: CA
ZIP: 94104-0344

---

**CLAIM INFORMATION**

STATE AGENCIES OR EMPLOYEES AGAINST WHOM THE CLAIM IS FILED: SAN DIEGO County Sheriff Dept
DATE OF INCIDENT: 1-23-24 & Duration

LATE CLAIM EXPLANATION (Required, if incident was more than six months ago):

200 million Dollars and Medical payed for

DOLLAR AMOUNT OF CLAIM: Unable to work the rest of my life.
CIVIL CASE TYPE (Required, if amount is more than $10,000):
☐ Limited ($25,000 or less)  ☐ Non-Limited (over $25,000)

DOLLAR AMOUNT EXPLANATION:

INCIDENT LOCATION: San diego County Jail & Vista County Jail.

SPECIFIC DAMAGE OR INJURY DESCRIPTION:
1. Multiple Nerve Damage, 2. Due to nerve damage im having (neck problems.)
3. Mental Anxiety, ~~PTSD~~ Pt.S.D Siezures, Lower back, & Neuropathy.
4. Minegrains, Pain Suffering, Stress. Constint Pain.

CIRCUMSTANCES THAT LED TO DAMAGE OR INJURY: STAFF, Employees, Sgt. LT. CPT. Cpl, Dept, Etc
Judges, the Entire Justice Systems. DR.

EXPLAIN WHY YOU BELIEVE THE STATE IS RESPONSIBLE FOR THE DAMAGE OR INJURY: Due to medical, Improper, Inadiquit
Negligence, Due to the Seriousness of my Injuries. under (ADA) Act they oe Violate
thier Jail policy & Procedures Litigation Reform Act 1935. Section 1983 (PLRA).

STATE OF CALIFORNIA
**GOVERNMENT CLAIM**
DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## AUTOMOBILE CLAIM INFORMATION

| DOES THE CLAIM INVOLVE A STATE VEHICLE? | VEHICLE LICENSE NUMBER (if known) | STATE DRIVER NAME (if known) |
|---|---|---|
| ☐ Yes ☒ No | | |
| HAS A CLAIM BEEN FILED WITH YOUR INSURANCE CARRIER? | INSURANCE CARRIER NAME | INSURANCE CLAIM NUMBER |
| ☐ Yes ☒ No | | |
| HAVE YOU RECEIVED AN INSURANCE PAYMENT FOR THIS DAMAGE OR INJURY? | AMOUNT RECEIVED (if any) | AMOUNT OF DEDUCTIBLE (if any) |
| ☐ Yes ☒ No | | |

## NOTICE AND SIGNATURE

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

| SIGNATURE | PRINTED NAME *Chris Somers* | DATE *10-12-24* |
|---|---|---|

## INSTRUCTIONS

- Include a check or money order for $25, payable to the State of California.
  - $25 filing fee is not required for amendments to existing claims.
- Confirm all sections relating to this claim are complete and the form is signed.
- Attach copies of any documentation that supports your claim. Do not submit originals.

| Mail the claim form and all attachments to: | Claim forms can also be delivered to: |
|---|---|
| Office of Risk and Insurance Management | Office of Risk and Insurance Management |
| Government Claims Program | Government Claims Program |
| P.O. Box 989052, MS414 | 707 3rd Street, 1st Floor |
| West Sacramento, CA 95798-9052 | West Sacramento, CA 95605 |
| | 1-800-955-0045 |

### Department of General Services Privacy Notice on Information Collection

This notice is provided pursuant to the Information Practices Act of 1977, California Civil Code Sections 1798.17 & 1798.24 and the Federal Privacy Act (Public Law 93-579).

The Department of General Services (DGS), Office of Risk and Insurance Management (ORIM), is requesting the information specified on this form pursuant to Government Code Section 905.2(c).

The principal purpose for requesting this data is to process claims against the state The information provided will/may be disclosed to a person, or to another agency where the transfer is necessary for the transferee-agency to perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25.

Individuals should not provide personal information that is not requested.

The submission of all information requested is mandatory unless otherwise noted. If you fail to provide the information requested to DGS, or if the information provided is deemed incomplete or unreadable, this may result in a delay in processing.

**Department Privacy Policy**
The information collected by DGS Is subject to the limitations in the Information Practices Act of 1977 and state policy (see State Administrative Manual 5310-5310.7). For more information on how we care for your personal information, please read the DGS PrivacyPolicy.

**Access to Your Information**
ORIM is responsible for maintaining collected records and retaining them for 5 years. You have a right to access records containing personal information maintained by the state entity. To request access, contact:

**DGSORIM**
**Public Records Officer**
**707 3rd St., West Sacramento, CA 95605**

**(916) 376-5300**

STATE OF CALIFORNIA
**FEE WAIVER OR FEE REDUCTION REQUEST**
DGS ORIM 005 (Rev. 06/2024)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

---

## Section 1: Claimant Information

Chris

**First Name**

Somers

**Last Name**

**Claim Number (If known)**

619 665 — 75 29

**Telephone Number**

If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance.

Inmate Statement Report CDCR

**Inmate Identification Number**

BK# 24703259 — BY-0903

## Section 2: Financial Information for Fee Waiver Request

☒ I am receiving financial assistance from one or more of the following programs:

- Supplemental Security Income (SSI) and State Supplemental Payments (SSP).
- California Work Opportunity and Responsibility to Kids (CalWORKS).
- CalFresh/SNAP (formerly Food Stamps).
- General Relief (GR) or General Assistance (GA).

X (Disability-SSI)(ADA).

☑ Number of household members and monthly household income are within one of the categories below.

| Number of Household Members | Maximum Monthly Household Income |
|---|---|
| 1   $1·500 | $1,569.00 |
| 2 | $2,129.00 |
| 3 | $2,690.00 |
| 4 | $3,250.00 |
| 5 | $3,810.00 |
| 6 or More | $4,371.00 |

For each additional household member beyond 6, add $560.00 to the maximum monthly household income

---

## Section 3: Fee Waiver Certification

*I request a waiver of the $25 fee to file a government claim. I declare under penalty of perjury, per Penal Code Section 72, that the information provided on this application is true and correct.*

*I acknowledge that by providing my electronic signature for this form, I agree to conduct business transactions by electronic means and that my electronic signature is the legal binding equivalent to my handwritten signature. I hereby confirm that my electronic signature represents my execution or authentication of this form, and my intent to be bound by it.*

**Signature**

11-11-24

**Date**

**TO APPLY FOR A REDUCED FILING FEE, YOU ARE ONLY REQUIRED TO COMPLETE PAGE 2 OF THIS FORM.**

STATE OF CALIFORNIA
**FEE WAIVER OR FEE REDUCTION REQUEST**
DGS ORIM 005 (Rev. 06/2024)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## Section 4: Reduced Fee Application

**CALCULATING THE REDUCED FEE:** Subtract the Maximum Monthly Household Income from your total household income. If this number is greater than $100, you do not qualify for a reduced filing fee or fee waiver. If this number is greater than $0 and less than $100, multiply it by (0.25) to calculate your reduced fee amount.

☒ I certify that my income is less than $100 more than the indicated monthly income level and I have provided a filing fee, which is 25% of the difference.

## Section 5: Reduced Fee Certification

*I request to pay a reduced fee to file a government claim and the reduced fee is enclosed with this application. I declare under penalty of perjury, per Penal Code Section 72, that the information provided on this application is true and correct.*

*I acknowledge that by providing my electronic signature for this form, I agree to conduct business transactions by electronic means and that my electronic signature is the legal binding equivalent to my handwritten signature. I hereby confirm that my electronic signature represents my execution or authentication of this form, and my intent to be bound by it.*

X _____    X  11-11-24
**Signature**                                    **Date**

Department of General Services
Office of Risk and Insurance Management
Government Claims Program
PO Box 989052, MS-414
West Sacramento, CA 95798-9052

GCInfo@DGS.ca.gov – (916) 376-5302 – File a Government Claim

 

# Notice on Collection

**Effective Date:** 6/25/24

**INFORMATION COLLECTION AND ACCESS.** State law requires the following information to be provided **before or upon** collecting or recording information from individuals:

| 1. **Agency Name:**<br>Department of General Services (DGS) | 2. **Title of Official Responsible for Information Maintenance:**<br>*Office of Risk and Insurance Management, Government Claims Program* |
|---|---|

| 3. **Access to Your Information:** You have the right to review records containing the information that you provided to DGS Office of Risk and Insurance Management.  To request access, please contact:<br><br>*Office of Risk and Insurance Management/Government Claims Program*<br>707 3rd Street MS 414, West Sacramento, CA 95605<br>gcinfo@dgs.ca.gov<br>(916) 441-9227 |
|---|

| 4. **Collection and maintenance of the information is authorized by:** Government Code Section 905.2(c)(2) |
|---|

| 5. **Consequences of not providing all or any part of the requested information:**<br><br>Providing the following information is mandatory: all information requested unless otherwise noted.  If you decline to provide this information, DGS Office of Risk and Insurance Management may deny the filing fee waiver request. |
|---|

| 6. **Personal Information is subject to protections and limitations within:**<br><br>The California Information Practices Act, the California Public Records Act, and state policies. DGS' general privacy policy is available at: https://www.dgs.ca.gov/Privacy. |
|---|

| 7. **Use of Personal Information:**  DGS Office of Risk and Insurance Management collects Personal Information, as defined in DGS' Privacy Policy, for the following purposes:<br>• To determine eligibility to waive the Government Claims Program claim filing fee.<br>• Perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25 |
|---|

| 8. **Sharing of Personal Information:** DGS Office of Risk and Insurance Management may share your Personal Information and other data with other state and/or local agencies. |
|---|

| 9. Free privacy protection and computer security resources are available to you at:<br>https://oag.ca.gov/privacy/consumer-privacy-resources |
|---|

, Chris Somers
vs
Local San Diego County Jail

pg) 1

I (Chris Somers) is Filling this (Under the —
Federal) American with Disabilities Act (ADA).
(Prison Litigation Reform Act) along with (STATE
Tort Law Suit, Due to the (San Diego County Jail
(STAFF - Persons - Defendents) in A whole ACTED
with a particular STATE of mind, which cause
a particular amount of Harm. Just For the
record many of the Standards apply with the
Eighth Amendment of the (U.S — Constitution.
Due to me Filling my (Remostance/Grievance)
I Felt my Life was in (Danger; Fear For my Lif
Due to Subject to (IRREparable Harm) cause
me Filling would be Futile, (In Order For a Fear
of retaliation. Thier For Im Asking (the Court
to please (excuse) the PLRA'S Exhausting —
Requirments. (See) Albino Vs BACA (9th Cir 2014).
(See) Andres V.s Marshall (9th Cir 2017) (See) (Rodriquez V
County of Los Angeles (9th Cir 2018) (See) Quoting -
McBride V.s Lopez (9th Cir 2015) (1997). e (A)
Talamantes V.s Leyva (9th Cir 2009). (San Diego County
Jail is Currently the Focus of a "Civil Rights-
Investigation, Due to plagued of Law Suit, of
(mis - managment) (Poor working Conditions & Living —
Conditions also (Poorly tröained StAFF). I Am Asking
the (Attorney General) to Investigate OR County Jail
and to put policies in place to ensure (Investigatio
ns) of Jail; Mis (Conduct - Use of Force - Medical & -
mentel Health, Improper/Inadelaquate/Negligence,

Chris Sowers
vs
Local San Diego CA County Jail.

Pg. 2

thier For we ask that (Californias Attorney - general and Civil grand Juries & group of - Citizens Sworn In by A Judge who — Investigate Public agencies Inner workings, there For (All Defendents Employees staff) Official Failed (the Health care) due to Jail employees or Any Jail policy or — procedure that negatively affected me and my medical Condition. In Count (1)(2)(3)(4) Prescribing or administrating a mental Health treatment/County employee Failed to take (reasonable Action) to (Summon medical care For its Inmates Due to medical Condition — was Serious. (San Diego County Jail) - Official - Staff - Persons - Defendents; Caused me to suffer - (bodily injuries - psychological distress and other Harm. thier For (Under both Federal and State law) Claim & Federal Civil rights (Section 1933). Due to (Use of Force) Deliberate Indifference - Coordinated Schemes). Due to (Inadequate - Improper) & Serious negligence. I'm Filling - (Under State tort LawSuit & Injunctive Relief) I'm Asking For (Immediate action) I Have Filed All my (Remostrance / Grievance) $602 I Also Have (Names - Dates - Time - Badge # S) of all Involved, I AM going to Attach all (grievances / Remostrance) that I've Filed and thier

Response to all my Injuries, Negligence From; Cpt, Cpl, LT, Sgt, Deputies, Staff. Etc. Time Dates. Including allowing me to sleep on the "Concreat Floor" for 2days if you observe the "Jail Cameras" youll Be able to have all the eveidence to other above Complaints against the County of San Diego Justice System. County Jail, Sheriff Department, Cordinate Scheems Deliberate Indifferences, Inproper/Inaddaquate/Negligent medical to my Seriouse Injuries. Staff Defendents did not Act to Summons the medical staff Incharge to Comply to policeys/procedures. All while being In Carcerated!

Thank you
Sincerly
Chri Seenn

# Facts

Hello My NAME is Christopher Somers, Booking # 24703259. The First time I was Arrested, 1/23/2024, I was Thrown in to the SanDiego Co. Jail Downtown, And was mistreated by the STAFF. I do have Records of this Along with Copies of their Health Care Grievances Along with doctors notes, And X-Rays of Sustained injuries due to my incarceration. "Were I was Torture!".

On My Second Arrest of 3/28/2024, involving the Same matter out on bail I again was mistreated while I was incarcerated. For Example a lot of A.D.A. laws were violated like being Forced to sleep on a concrete floor with a blanket Again the A.D.A. laws were violated with No Handi-cap Accessories Such As, showers, toilets, beds, sinks, And guard Rails to grab on to. I also have documented copies of Grievances, dates, times, Badge #'s of Deputies, Doctors, Nurses. Also I have on scene witnesses, statements And Booking #'s.

I Also Called And spoke to a law Firm that was investigating of Dunsmore et al V. San Diego County Sheriffs Dept. et al S.D. Cal No. 3:20-CV-00406-AJD-DDL on File No. 1730-01. Due to the incidents And Conditions that went on with me in the Jail. Also At the time I Also reported on A time line of Notes And Statements times & dates of mistreatment of my incarceration

For Example, the time they moved me to Vista Jail on 5/28/2024, that was not A.D.A equipped And I state I was bound to A Wheelchair At this time. the Wheelchair I had did not Access through Any of the Entrances or Exits Nor the cells they put me in there. For Forcing me to get out of my Wheelchair Causing me unbearable pain. they Also Attempted to intimidate me by placing me in A Cell with A mentally Insane I/m Hitting & Kicking the walls And bleeding All over the place. I Also have proof of this by A letter from the mentally Handicap man to And I made the following day. they were to. Rosen Bien Galvan & Grunfeld, upon talking to Ben phone # 415-453-6830. I Also phoned the A.D.A. Hotline at: 858-974-5841 And left messages And left information of what had transpired with me As well As calling my sister upon talking to the Jail doctor And Sgt And Nurse the Jail informed And moved me from my current cell And phaced me in A medical cell And informed me they would transfering me back to the San Diego Downtown Jail on 5/30/2024. After Spending two And A half Days At Vista Co. Jail, I was returned to the Downtown Jail, I informed the D.A. Fred Smith, Judge Judy Schannon; And my lawyer Charles phone #

ADA Hotline 858-974-5841                    415 433 6830

there For Im Filling this (Under the Prison Litigation Reform Act)
For the (state tort lawsuits), you might be able to argue the the
grievance process was unavialable.⑨ or that you would be —
Subject to (Irreparable Harm) if you Filed and Exhausted a grievance —
⑩. In Very narrow circumstances, You might able be able to
argue that Filing a grievance would be Futile.
'In order For a Fear oF retaliation to excuse the PLRA'S exhaustion
Reginiements, the prisoner must Show that. See (Albino Vs Baca);
9th Cir 2014). Andres V. Marshall (9th Cir 2017) Rodriguez V. County of
Los Angeles (9th Cir 2018) (Quoting McBride V. Lopez (9th Cir 2015)
1997. e (A) Talamantes V. Leyva (9th Cir 2009)

In many types oF Issues, You will Have to Show
that (Jail STAFF) both caused a particular amount oF Harm,
and acted with a particular State oF mind.
   Many oF the standards that will apply to your lawsuit
come From the (Eigth Amendment oF the Constitution
   that amendment protects against 'Cruel and unusual —
punishments.

   (Inadequate or Improper medical, dental, mental Health
   Care. Violates the Eighth Amendments." IF
Jail officials acted with 'deliberate Indifference ⑭
means the official must Know of and disregard an
excessive/Serious risk to your Health or Saftey.
⑮ negligent treatment "prospective Relief"
"money damages" (under Section:) Carey V. Pipus (1928) —
Smith Vs Wade (1983) Compensatory damages (Section #(33)(34)
(35)(36)(37) "prospective Relief" — Injunction, Declaratory
Judgment "Under Color of State Law" (Section (40)(41)(42)

Due to San Diego, County Jail, Official, STAFF, Defendent Caused me to Suffer bodily Injuries, psychological distress or other harm, thier For (under both Federal and State Law) Claim "Federal civil rights § Section 1983" Due to (Use of Force) (Deliberate Indifference) (coordinate Schemes) (Corporal Punishment) which caused (Seizuretion Due to (inadequate Improper) and (Serious negligence thier For because of the following From Filing . Under (state tort lawsuit § Injunctive relief).

I Am asking For (immediate action). I have Filed All my (Grievance or Remonstrance) (and others) . Also the Court, Including law Firm Attorneys... thier For Under "contingency Fee" — Civil rights Law — Personal Injury. I will try, to me as clear as possible about what happened, Including when it Happened, who did it, And what else you have done to try to Fix the problem. ~~I~~ ~~I~~ ~~see~~ have supporting documents, that I can attach. I will Explain what I ask the jail staff to Fix the problem, Most Important (names — Dates of Incidents), . "Exhausting my administrative —

Remedies", yes I Have proof that the grievance process at the Jail is "effectively unavailable" For example you can Show that you had a reason to Fear retaliation for reporting the Incident,

Prior
court case #
Book # 247126677

05/24/2023

(PLC)  Dear TAMIKA NELSON CHIEF PROBATION OFFICER

I am Christopher Sommers, My Booking # 247126[?]
SDCJ and I am Writting this letter out of
despair and derress, In the last couples
of month that I have been Incarcerated.
I have experienced torture and unfair living conditions,
Before my accident I was a hard working young
man, I paid my taxes and went to church
I have 2 Brothers and a sister [illegible]
family in [illegible] I have my [illegible]
[several illegible lines]
[illegible] taken away and respectfully I
re[illegible] due to this program called
Turn Challenge. I was sober for 12 years
prior to these events. However none of
this matters in the eyes of Judge Shannon
I have a declaration of facts being advicated
by attorney Eric Anderson with case 3:20-cv-
CUUR-AJB-DDL. Now All I am asking
is to be treated like a human being & I'm
hopeing to open some pope/s eyes    some reason
the judge thinks prison is better for me than
a program, however I disagree as the program kept
me sober for 12 years and I have already been
[illegible] Also my family, my Doctors and my Att
do not think jail or prison is a good place for
or any one else.

6/20/24

Nurse 846335 |                    Sandiego

Nurse 8B7394 6/10/24  2013

* Dep J. Fisher #8545        Dep T. Green
  Dep Sommers              * Dep MANN
* Dep HenBer                 Dep A ZAMORA
* Dep Masee                  Dep RH ZAMayp
  Jargeant A.BEN #5412
* Dep Bastian   Hire trustees
* Dep C Jameson                 Dep T Murphew
* Dep Builock                   Dep BOWIS
  Dep NENER
* Dep MJ Kays
  SARgeant VJ AMADO #0703 6/5/24
  Samuel Cadrea # 3553 6/2/24
  SARgeant J AMADO # 0703 6/14/24 2013
  Dr Velt Meyer #81   Primarey Dr Fink
  Dr ALBERA ABBOA # 91 #193
  Dr Tran              Valley State Prison
  Dr Allien  Spin Surgery Orthopedic
  Dr Cleary  Hips Surgeon
  NURSE  BADGE # 911   #6454
  # 8B7394 2013    # B7394 7/10/24
  2013  round 7/9/24  Badge #
  # 846535 6/30/24  # 8B7394 4/15/24 2013
  # 0703 6/1/24 0729 & 6/11/24 0039
  #0703 6/11/24

  Judge Shamoon 3/27/24 & 6/29/24
  Eric Anderson Attorney
  TAMIKA NELSON Chief Probation office
  DA SAN DIEGO County Fred SMITH
  (619) 531 4261 330 W Broadway
  unit 13CC SD CA 92101
  SOBER living

  Nurse Junna 6/22/24 6484# (0350  Badge#
  Sgt CANALO 3853 6/22/24 (0411)

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:** LOCAL San Diego County Jail
*(AVISO AL DEMANDADO):* 1173 Front ST.
San Diego CA 92101

**YOU ARE BEING SUED BY PLAINTIFF:** Christopher Sommer # BY-0903
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* 04-14-3L
P.O. Box 92
Chowchilla CA, 93610

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE: _____ Clerk, by _____ , Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

[ Print this form ]   [ Save this form ]   [ Clear this form ]



**ROSEN BIEN
GALVAN & GRUNFELD LLP**

P.O. Box 390
San Francisco, California 94104-0390
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

June 13, 2024

**CONFIDENTIAL – LEGAL MAIL**

Dear Sir/Madam:

We received your letter which is about conditions at San Diego County Jails. <u>This form letter is only to return your original document(s) -- you may receive, or may have already received, a separate letter in response to the issues you wrote about.</u>

Please also note that our responses may be delayed, and if you send your original document(s) to our office, it is likely that we may not be able to return your document(s) to you quickly. For now, *unless we specifically request it*, we suggest that you refrain from sending us any originals that are time-sensitive and/or urgent.

Sincerely,

By:    ROSEN BIEN
GALVAN & GRUNFELD LLP

Enclosure(s):  Original(s)

[3818690.1]

**CONFIDENTIAL – LEGAL MAIL**
Christopher Somers, 24712677
June 24, 2024
Page 2

Thank you for your time and consideration.  Please take care.

Sincerely,

ROSEN BIEN
GALVAN & GRUNFELD LLP

*/s/ Angela Laureano*

By:  Angela Laureano
Paralegal Clerk

AL
Enclosures: SASE, writing paper

[4516537.1]

STATE OF CALIFORNIA
**GOVERNMENT CLAIM**
DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## CLAIMANT INFORMATION

| LAST NAME Somers | FIRST NAME Christopher | MIDDLE INITIAL G |

INMATE OR PATIENT IDENTIFICATION NUMBER (if applicable) BY0903

BUSINESS NAME (if applicable)

TELEPHONE NUMBER 619 665 7429

EMAIL ADDRESS SChris1974@icloud.com

MAILING ADDRESS 2055 Diamond unit F

CITY SD   STATE CA   ZIP 92102

IS THE CLAIMANT UNDER 18 YEARS OF AGE?
☑ Yes   ☐ No

INSURED NAME (Insurance Company Subrogation) SAN DIEDGO County JAI

IS THIS AN AMENDMENT TO A PREVIOUSLY EXISTING CLAIM?
☐ Yes   ☑ No

EXISTING CLAIM NUMBER (if applicable)

EXISTING CLAIMANT NAME (if applicable)

## ATTORNEY OR REPRESENTATIVE INFORMATION

LAST NAME LAW Firm; Rosen Bien / GALVAN & Grunfeld up

FIRST NAME Attidion Ben

MIDDLE INITIAL

TELEPHONE NUMBER T: 415-433-6830

EMAIL ADDRESS www.rbgg.Com   Date Jun 13, 2024

MAILING ADDRESS P.O. Box 390

CITY San Francisco   STATE CA.   ZIP 94104-0344

## CLAIM INFORMATION

STATE AGENCIES OR EMPLOYEES AGAINST WHOM THE CLAIM IS FILED
SAN DIEGO COUNTY Sheriff Dept

DATE OF INCIDENT 1-23-24 & Duration.

LATE CLAIM EXPLANATION (Required, if incident was more than six months ago)

DOLLAR AMOUNT OF CLAIM   200 million Dollars and Medical payed for.
Unable to work the rest of my Life.

CIVIL CASE TYPE (Required, if amount is more than $10,000)
☐ Limited ($25,000 or less)   ☐ Non-Limited (over $25,000)

DOLLAR AMOUNT EXPLANATION

INCIDENT LOCATION Sandiego County Jail & VISTA County Jail.

SPECIFIC DAMAGE OR INJURY DESCRIPTION
1. multiple Nerve Damage. 2. Due to Nerve damage im Having (neck problems.)
3. Mentel Anxity, ~~P~~ Pt.S.D Siezures, Lower back, # Neuropathy.
4. Mindgrains, Pain Suffering. Stress. Constint Pain.

CIRCUMSTANCES THAT LED TO DAMAGE OR INJURY. STAFF, Employees, Sgt, LT, CPT, Cpl, Dept, Etc
Judges, the Entire Justice Systems. DR.

EXPLAIN WHY YOU BELIEVE THE STATE IS RESPONSIBLE FOR THE DAMAGE OR INJURY Due to medical, Inproper, Inadequate
Negligence, Due to the Seriousness of my Injuries. under (ADA) Act they've Violated
thier Jail policy & Procedures Litigation Reform Act 1995. Section 1983 (PLRA).

Page 1 of 2

STATE OF CALIFORNIA
**GOVERNMENT CLAIM**
DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

---

**AUTOMOBILE CLAIM INFORMATION**

| DOES THE CLAIM INVOLVE A STATE VEHICLE? | VEHICLE LICENSE NUMBER (if known) | STATE DRIVER NAME (if known) |
|---|---|---|
| ☐ Yes  ☒ No | | |

| HAS A CLAIM BEEN FILED WITH YOUR INSURANCE CARRIER? | INSURANCE CARRIER NAME | INSURANCE CLAIM NUMBER |
|---|---|---|
| ☐ Yes  ☒ No | | |

| HAVE YOU RECEIVED AN INSURANCE PAYMENT FOR THIS DAMAGE OR INJURY? | AMOUNT RECEIVED (if any) | AMOUNT OF DEDUCTIBLE (if any) |
|---|---|---|
| ☐ Yes  ☒ No | | |

**NOTICE AND SIGNATURE**

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

| SIGNATURE | PRINTED NAME | DATE |
|---|---|---|
| _Chris Sommers_ (signature) | Chris Sommers | 10-12-24 |

**INSTRUCTIONS**

- Include a check or money order for $25, payable to the State of California.
  - $25 filing fee is not required for amendments to existing claims.
- Confirm all sections relating to this claim are complete and the form is signed.
- Attach copies of any documentation that supports your claim. Do not submit originals.

Mail the claim form and all attachments to:
Office of Risk and Insurance Management
Government Claims Program
P.O. Box 989052, MS414
West Sacramento, CA 95798-9052

Claim forms can also be delivered to:
Office of Risk and Insurance Management
Government Claims Program
707 3rd Street, 1st Floor
West Sacramento, CA 95605
1-800-955-0045

---

**Department of General Services Privacy Notice on Information Collection**

This notice is provided pursuant to the Information Practices Act of 1977, California Civil Code Sections 1798.17 & 1798.24 and the Federal Privacy Act (Public Law 93-579).

The Department of General Services (DGS), Office of Risk and Insurance Management (ORIM), is requesting the information specified on this form pursuant to Government Code Section 905.2(c).

The principal purpose for requesting this data is to process claims against the state. The information provided will/may be disclosed to a person, or to another agency where the transfer is necessary for the transferee-agency to perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25.

Individuals should not provide personal information that is not requested.

The submission of all information requested is mandatory unless otherwise noted. If you fail to provide the information requested to DGS, or if the information provided is deemed incomplete or unreadable, this may result in a delay in processing.

**Department Privacy Policy**
The information collected by DGS Is subject to the limitations in the Information Practices Act of 1977 and state policy (see State Administrative Manual 5310-5310.7). For more information on how we care for your personal information, please read the DGS Privacy Policy.

**Access to Your Information**
ORIM is responsible for maintaining collected records and retaining them for 5 years. You have a right to access records containing personal information maintained by the state entity. To request access, contact:

**DGS ORIM**
**Public Records Officer**
**707 3rd St., West Sacramento, CA 95605**
**(916) 376-5300**

STATE OF CALIFORNIA
**FEE WAIVER OR FEE REDUCTION REQUEST**
DGS ORIM 005 (Rev. 06/2024)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

---

### Section 1: Claimant Information

CHris
**First Name**

Somers
**Last Name**

619 665 — 75 29
**Telephone Number**

**Claim Number (If known)**

If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance.

Inmate Statement Report   CDCR
**Inmate Identification Number**

BK# 24703259   — BY-0903

---

### Section 2: Financial Information for Fee Waiver Request

☒ I am receiving financial assistance from one or more of the following programs:

- Supplemental Security Income (SSI) and State Supplemental Payments (SSP).
- California Work Opportunity and Responsibility to Kids (CalWORKS).
- CalFresh/SNAP (formerly Food Stamps).
- General Relief (GR) or General Assistance (GA).

X (Disability-SSI)(ADA).

☒ Number of household members and monthly household income are within one of the categories below.

| Number of Household Members | Maximum Monthly Household Income | |
|---|---|---|
| 1 | $1,500 | $1,569.00 |
| 2 | | $2,129.00 |
| 3 | | $2,690.00 |
| 4 | | $3,250.00 |
| 5 | | $3,810.00 |
| 6 or More | | $4,371.00 |

For each additional household member beyond 6, add $560.00 to the maximum monthly household income

---

### Section 3: Fee Waiver Certification

*I request a waiver of the $25 fee to file a government claim. I declare under penalty of perjury, per Penal Code Section 72, that the information provided on this application is true and correct.*

*I acknowledge that by providing my electronic signature for this form, I agree to conduct business transactions by electronic means and that my electronic signature is the legal binding equivalent to my handwritten signature. I hereby confirm that my electronic signature represents my execution or authentication of this form, and my intent to be bound by it.*

X _____
**Signature**

X  11-11-24
**Date**

**TO APPLY FOR A REDUCED FILING FEE, YOU ARE ONLY REQUIRED TO COMPLETE PAGE 2 OF THIS FORM.**

STATE OF CALIFORNIA
**FEE WAIVER OR FEE REDUCTION REQUEST**
DGS ORIM 005 (Rev. 06/2024)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## Section 4: Reduced Fee Application

**CALCULATING THE REDUCED FEE:** Subtract the Maximum Monthly Household Income from your total household income. If this number is greater than $100, you do not qualify for a reduced filing fee or fee waiver. If this number is greater than $0 and less than $100, multiply it by (0.25) to calculate your reduced fee amount.

☒ I certify that my income is less than $100 more than the indicated monthly income level and I have provided a filing fee, which is 25% of the difference.

## Section 5: Reduced Fee Certification

*I request to pay a reduced fee to file a government claim and the reduced fee is enclosed with this application. I declare under penalty of perjury, per Penal Code Section 72, that the information provided on this application is true and correct.*

*I acknowledge that by providing my electronic signature for this form, I agree to conduct business transactions by electronic means and that my electronic signature is the legal binding equivalent to my handwritten signature. I hereby confirm that my electronic signature represents my execution or authentication of this form, and my intent to be bound by it.*

**Signature** _____    **Date** _11-11-24_

Department of General Services
Office of Risk and Insurance Management
Government Claims Program
PO Box 989052, MS-414
West Sacramento, CA 95798-9052

GCInfo@DGS.ca.gov – (916) 376-5302 – File a Government Claim

**DGS** CALIFORNIA DEPARTMENT OF GENERAL SERVICES

# Notice on Collection

**Effective Date:** 6/25/24

**INFORMATION COLLECTION AND ACCESS.** State law requires the following information to be provided **before or upon** collecting or recording information from individuals:

| 1. **Agency Name**: Department of General Services (DGS) | 2. **Title of Official Responsible for Information Maintenance**: *Office of Risk and Insurance Management, Government Claims Program* |
|---|---|

3. **Access to Your Information:** You have the right to review records containing the information that you provided to DGS Office of Risk and Insurance Management. To request access, please contact:

*Office of Risk and Insurance Management/Government Claims Program*
707 3rd Street MS 414, West Sacramento, CA 95605
gcinfo@dgs.ca.gov
(916) 441-9227

4. **Collection and maintenance of the information is authorized by:** Government Code Section 905.2(c)(2)

5. **Consequences of not providing all or any part of the requested information:**

Providing the following information is mandatory: all information requested unless otherwise noted. If you decline to provide this information, DGS Office of Risk and Insurance Management may deny the filing fee waiver request.

6. **Personal Information is subject to protections and limitations within:**

The California Information Practices Act, the California Public Records Act, and state policies. DGS' general privacy policy is available at: https://www.dgs.ca.gov/Privacy.

7. **Use of Personal Information**: DGS Office of Risk and Insurance Management collects Personal Information, as defined in DGS' Privacy Policy, for the following purposes:
- To determine eligibility to waive the Government Claims Program claim filing fee.
- Perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25

8. **Sharing of Personal Information:** DGS Office of Risk and Insurance Management may share your Personal Information and other data with other state and/or local agencies.

9. Free privacy protection and computer security resources are available to you at: https://oag.ca.gov/privacy/consumer-privacy-resources

Count #1

GAY C. GRUNFELD – 121944
VAN SWEARINGEN – 259809
PRIYAH KAUL – 307956
ERIC MONEK ANDERSON – 320934
HANNAH M. CHARTOFF – 324529
BEN HOLSTON – 341439
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
ggrunfeld@rbgg.com
vswearingen@rbgg.com
pkaul@rbgg.com
eanderson@rbgg.com
hchartoff@rbgg.com
bholston@rbgg.com

AARON J. FISCHER – 247391
LAW OFFICE OF
AARON J. FISCHER
1400 Shattuck Square Suite 12 - #344
Berkeley, California 94709
Telephone:  (510) 806-7366
Facsimile:  (510) 694-6314
ajf@aaronfischerlaw.com

CHRISTOPHER M. YOUNG – 163319
ISABELLA NEAL – 328323
OLIVER KIEFER – 332830
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
Telephone:  (858) 677-1400
Facsimile:  (858) 677-1401
christopher.young@dlapiper.com
isabella.neal@dlapiper.com
oliver.kiefer@dlapiper.com

Attorneys for Plaintiffs and the
Certified Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, ANDREE ANDRADE, ERNEST ARCHULETA, JAMES CLARK, ANTHONY EDWARDS, REANNA LEVY, JOSUE LOPEZ, CHRISTOPHER NORWOOD, JESSE OLIVARES, GUSTAVO SEPULVEDA, MICHAEL TAYLOR, and LAURA ZOERNER, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, COUNTY OF SAN DIEGO, SAN DIEGO COUNTY PROBATION DEPARTMENT, and DOES 1 to 20, inclusive,<br><br>　　　　Defendants. | Case No. 3:20-cv-00406-AJB-DDL<br><br>**DECLARATION OF CHRISTOPHER SOMERS**<br><br>Judge:　　Hon. Anthony J. Battaglia<br>Magistrate: Hon. David D. Leshner<br><br>Trial Date: None Set |

Count #1

I, Christopher Somers, declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently so testify.

2. I am currently incarcerated at Central Jail. My booking number is 24712677. I am housed in Module 8D. I am 50 years old.

3. I have a mobility disability and use a wheelchair. I have been incarcerated in the San Diego County Jail system on more than one occasion.

4. On May 24, 2024, while housed in Module 8D, I signed a declaration regarding my experience sleeping on the floor of Module 8D in April 2024. I understand that several other people in Module 8D signed declarations on or about May 30, 2024 regarding floor sleeping.

5. On May 28, 2024, I was transferred to Vista Detention Facility even though I use a wheelchair and it is not a wheelchair accessible facility. I did not have access to a shower that I could use for the first two days that I was at Vista because the only shower in the housing unit in which I was placed did not have grab bars. I also could not get my wheelchair into my cell.

6. I understand that on May 28, 2024, Plaintiffs' counsel notified Defendants' counsel that Vista was not ADA accessible and that my wheelchair would not fit into my cell at Vista.

7. On May 30, 2024, I was transferred back to Central Jail and again assigned to Module 8D.

8. On June 4, 2024, jail staff searched Module 8D. This search included strip searching everyone housed in the module, including incarcerated people that use wheelchairs.

9. During the search, staff took numerous items that were not contraband. Staff took food, soap, and shampoo that I had purchased from commissary. They also took some of my documents including legal papers related to prior grievances I have filed in the jail. When I complained that they were improperly taking my

Count #1

1  personal items, staff told me that I should file grievances about those items, which I

2  did. Unfortunately, my personal items and legal papers have not been returned to

3  me. I am worried those items will be destroyed rather than returned to me.

4      10.    One of the incarcerated people in my housing unit asked why staff were

5  searching our unit and taking our property. A deputy responded by saying

6  something along the lines of "somebody is talking."

7      I declare under penalty of perjury under the laws of the State of California

8  that the foregoing is true and correct to the best of my knowledge, and that this

9  declaration is executed at San Diego, California this 12 day of June, 2024.

11  _____
12  Christopher Somers

# Facts

Hello My NAME is Christopher Somers, Booking # 24703659, The First time I was Arrested, 1/23/2024, I was Thrown in to the San Diego Co. Jail Downtown, And was mistreated by the STAFF. I do have records of this Along with Copies of their Death Care Grievances Along with doctors notes, And X-Rays of Sustained injuries due to my incarceration. "Were I was Torture!".

On My Second Arrest of 3/28/2024, while the Same matter out on Bail I Again was mistreated while I was incarcerated. For Example a lot of A.D.A. Laws were violated like being Forced to sleep on a Concrete Floor with a blanket. Again the A.D.A. laws were Violated with No Handi-cap Accessories Such As, Showers, toilets, beds, Sinks, And guard Rails to grab on to. I Also have documentated Copies of Grievances, dates, times Badge #'s of Deputies, Doctors, Nurses. Also I have on Scene witnesses, Statements And Booking #'s.

I Also Called and Spoke to a Lawfirm that was investigating of Dunsmore et al V. San Diego County Sheriffs Dept. et al S.D. CAL No. 3:20 CV-00406-AJB-DDL on File No. 1730-01. Due to the incidents And Conditions that went on with me in the Jail. Also At the time I Also reported on A time line of Notes And Statements times & dates of mistreatment of my incarceration

For Example, the time they moved me to Vista Jail on 5/28/2024, that was not A.D.A equipped. And I state I was bound to a wheelchair at this time. The wheelchair I had did not access through any of the entrances or exits nor the cells they put me in there. For Forcing me to get out of my wheelchair Causing me unbearable pain. They also attempted to intimidate me by placing me in a cell with a mentally insane I/M Hitting & Kicking the walls and bleeding all over the place. I also have proof of this by a letter from the mentally Handicap man to And I made the following day. they were to Rosen Bien Galvan & Grunfeld, upon talking to Ben phone # 415-463-6830. I also phoned the A.D.A. Hotline at: 858-974-5841 And left messages and left information of what had transpired with me as well as Calling my Sister upon talking to the Jail doctor And Sgt And Nurse the Jail informed And moved me from my current Cell And placed me in a Medical Cell And informed me they would transfering me back to the San Diego Downtown Jail on 5/30/2024. After Spending two And a half Days At Vista Co. Jail. I was returned to the Downtown Jail. I informed the D.A. Fred Smith, Judge Judy Solomon, And my Lawyer Charles phone #

ADA Hotline 858-974-5841                    415 433 6830

COURT case #

Book # 24712677

05/24/2021

(PLC) Dear TAMIKA NELSON CHIEF PROBATION OFFICER

I am Christopher Sommers, My Booking # 24712677 SDCJ and I am Writting this letter, out of despair and derress, In the last couples of month that I have been Incarcerated. I have experienced torture and unfair living conditions, Before my accident I was a hard working crewing man, I paid my taxes and went to church I have 2 Brothers who are police _____

_____ taken away and specifically _____ related due to this program called _____ Challenge, I was sober for 12 years prior to these events. However none of this matters in the eyes of Judge Shamoon. I have a declaration of facts being advocated by attorney Eric Anderson with case 3:20-cv-____-AJB-DDL. Now All I am asking is to be treated like a human being. I am hopeing to open some pople's eyes some reason the judge thinks prison is better for me than a program, however I disagree as the program kept me sober for 12 years and I have already been _____ _____ Also my family, my Doctors and my Att do not think jail or prison is a good place for _____ or any one else.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

LOCAL
**NOTICE TO DEFENDANT:** San Diego County Jail
*(AVISO AL DEMANDADO):* 1173 Front ST.
San Diego CA 92101

**YOU ARE BEING SUED BY PLAINTIFF:** Christopher Sommer # BY.0903
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* D4-14-3L
P.O. Box 92
Chowchilla CA. 93610

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE:                                  Clerk, by                                         , Deputy
*(Fecha)*                              *(Secretario)* _____             *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.    | Print this form |   | Save this form |          | Clear this form |